**SEALED**

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FORT WORTH DIVISION
2010 JAN 13 PM 3: 02
CLERK OF COURT

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | No. 4-10CR-007-A |
| v. | § | |
| | § | |
| ROBERT M. RHODES (1) | § | |

INDICTMENT

The Grand Jury Charges:

Count One
Enticement of a Child
(Violation of 18 U.S.C. § 2422(b))

On or between April 1, 2009 and October 10, 2009, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Robert M. Rhodes**, did knowingly use a facility and means of interstate commerce, the Internet, to attempt to knowingly persuade, induce, and entice an individual whom he believed was 13 years old, to engage in sexual activity for which a person can be criminally charged under Texas

state law, that is, a violation of Texas Penal Code Section 22.11, Indecency with a child.

In violation of 18 U.S.C. § 2422(b).

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
ALEX C. LEWIS
Assistant United States Attorney
Missouri Bar No. 47910
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-3674
Telephone: 817.252.5200
Facsimile: 817.978.3094

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

ROBERT M. RHODES (1)

INDICTMENT

18 U.S.C. § 2422(b)
Enticement of a Child

(1 COUNT)

A true bill rendered,

FORT WORTH                                                  FOREPERSON

Filed in open court this __13th__ day of January, 2010.

WARRANT TO ISSUE

UNITED STATES MAGISTRATE JUDGE

**SEALED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

ORIGINAL

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
2010 JAN 13  PM 3: 02
CLERK OF COURT

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:
   ☒ Yes  ☐ No

   **Related Case Information**
   Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No
   Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____
   Search Warrant Case Number _____
   R 20 from District of _____
   Magistrate Case Number  **4 - 10 C R - 0 0 7 - A**

   Defendant Name         ROBERT M. RHODES   (1)
   Alias Name             _____
   Address                _____

   County in which offense was committed: _____

2. **U.S. Attorney Information**

   AUSA Alex C. Lewis         Bar # MO Bar No. 47910

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release
   X  Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to this Defendant:  1    ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 2422(b) | Enticement of a Child | 1 |

   Date  01/06/2010          Signature of AUSA  /s/ Alex C. Lewis